JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HOLLYWOOD HOME HEALTH SERVICES, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **QLARANT QUALITY SOLUTIONS, INC., et al.**, <br><br> Defendants. | Case No. CV 19-6817-DMG (ASx) <br><br><br> **JUDGMENT** |

The Court having granted, without prejudice, the motion to dismiss filed by Defendant Alex M. Azar, in his official capacity as Secretary of the U.S. Department of Health and Human Services, and the motion for judgment on the pleadings filed by Defendants Qlarant Quality Solutions, Inc. and Qlarant, Inc., by order dated February 24, 2020 [Doc. # 34],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants and against Plaintiff Hollywood Home Health Services, Inc.

DATED: March 3, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-